BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN INNETTE HENSLEY, | CASE NO. 2:14-CV-42-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 60 days to respond to Plaintiff's opening brief.  The extension is necessary because when the case was transferred internally within defense counsel's office, the former attorney handling the case appears not to have sought such an extension prior to the transfer. Consequently, the new attorney did not register a deadline for this

case. Defendant respectfully suggests that this constitutes excusable neglect due to the volume of cases and administrative tasks handled by defense counsel. For these reasons, Defendant requests a 60-day extension of time to respond to Plaintiff's opening brief.

There have not been any prior extensions in this case. Defendant's response was previously due on or before August 18, 2014; the new deadline would be October 17, 2014. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: September 23, 2014    By: */s/ Lawrence D. Rohlfing*
                                  (as authorized via e-mail)
                                  LAWRENCE D. ROHLFING
                                  Attorney for Plaintiff

                                  MELINDA L. HAAG
                                  United States Attorney

Dated: September 23, 2014    By: *s/ Brenda M. Pullin*
                                  BRENDA M. PULLIN
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: September 25, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE