Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Kathryn Innette Hensley

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN INNETTE HENSLEY, <br><br> Plaintiff, <br><br> vs. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant | ) Case No.: 2:14-cv-00042-EFB <br> ) <br> ) [PROPOSED] ORDER AWARDING <br> ) EQUAL ACCESS TO JUSTICE ACT <br> ) ATTORNEY FEES AND EXPENSES <br> ) PURSUANT TO 28 U.S.C. § 2412(d) <br> ) AND COSTS PURSUANT TO 28 <br> ) U.S.C. § 1920 <br> ) <br> ) <br> ) <br> ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED:     January 20, 2016

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE